AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| QUINCY BIOSCIENCE, LLC,<br><br>*Plaintiff(s)*<br>v.<br>SYED IQBAL, an individual; ECLATTRADE LLC, a Georgia limited liability company; and DOES 1 – 10, inclusive,<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-170 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   SYED IQBAL, an individual
1735 Buford Hwy, Ste 215-311
Cumming, GA  30041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Jonathan T. Brollier
   Epstein Becker & Green, P.C.
   250 West Street, Suite 300
   Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

*Melissa Saddler*

*Signature of Clerk or Deputy Clerk*

Date:  2/21/2025

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| QUINCY BIOSCIENCE, LLC, <br><br> *Plaintiff(s)* <br> v. <br> SYED IQBAL, an individual; ECLATTRADE LLC, a Georgia limited liability company; and DOES 1 – 10, inclusive, <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-170 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SYED IQBAL- Statutory Agent for Service of Defendant ECLATTRADE LLC
1735 Buford Hwy, Ste 215-311
Cumming, GA  30041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Jonathan T. Brollier
  Epstein Becker & Green, P.C.
  250 West Street, Suite 300
  Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Melissa Saddler*

*Signature of Clerk or Deputy Clerk*

Date:  2/21/2025