**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**QUINCY BIOSCIENCE, LLC,**

      **Plaintiff,**

      **v.**                         **Case Number 2:25-cv-170**
                                     **JUDGE EDMUND A. SARGUS, JR.**
**SYED IQBAL, *et al.*,**                **Magistrate Judge Chelsey M. Vascura**

      **Defendants.**

## <u>ORDER</u>

This matter is before the Court on the Parties' Joint Motion for Dismissal with Prejudice and Retention of Jurisdiction. (ECF No. 28.) Pursuant to Federal Rule of Civil Procedure 41, the Parties jointly move to dismiss this action, with each Party to bear its own attorneys' fees and costs, subject to the Court's retention of jurisdiction to enforce the Parties' Settlement Agreement. (*Id.*)

The Parties represent that they have successfully negotiated and executed a confidential Settlement Agreement resolving all claims and controversies between them in this matter. (*Id.*) The Parties state that the Settlement Agreement is executory in nature and that they have ongoing obligations to perform under the Settlement Agreement. (*Id.*) To ensure compliance, the Parties ask the Court to retain jurisdiction over this matter solely for the purpose of enforcing the Settlement Agreement. (*Id.*)

For good cause shown, the Court **GRANTS** (ECF No. 28) the Parties' Joint Motion for Dismissal with Prejudice and Retention of Jurisdiction. The claims in this action between the Parties are **DISMISSED WITH PREJUDICE**. Each Party shall be responsible for their own

attorneys' fees and costs. The Court retains jurisdiction over the enforcement of the Parties'

Settlement Agreement.

      The Clerk is **DIRECTED** to close this case.

      **IT IS SO ORDERED.**


**3/4/2026**                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                           **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**